12-15-00225-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015
elKm

TYLER TEXAS
PAM ESTES, CLERK

CAUSE NO. 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

JUAN ENRIQUEZ, §     IN THE DISTRICT COURT
          Plaintiff, §
§
v. §     369TH JUDICIAL DISTRICT
§
BRAD LIVINGSTON, ET AL., §
          Defendants. §     ANDERSON COUNTY, TEXAS

UNSWORN DECLARATION OF INABILITY TO PAY

My name is Juan Enriquez. I do not have the money to pay the filing fees and court costs of this case as I am imprisoned and the State does not pay prisoners wages. I make this unsworn declaration under Section 132.002,

I am the Plaintiff in the above referenced cause. I am over 21 years of age, of sound mind, and able to make this unsworn declaration. My statements in this unsworn declaration are made on personal knowledge.

1.     I am not receiving any governmental entitlement funds.
2.     I do not have any employment or other income.
3.     I do not have access to spousal income as I am single.
4.     I do not have any property.
5.     I have a zero balance in my prison account.
6.     I have expenses of approximately $100 a month to pay
       things the prison does not provide.

I, Juan Enriquez, declare under penalty of perjury that the foregoing statements in my unsworn declaration are true and correct. Executed on August 31, 2015.

_____
Juan Enriquez

Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above unsworn declaration of inability to pay was served by placing same in the United States mail, postage prepaid, on August 31, 2015, addressed to Rachael Osaze-Ediae, Assistant Attorney General, P. O. Box 12548, Capitol Station, Austin, TX 78711, and to Clerk, Court of Appeals, 12th District of Texas, 1517 W. Front Street, Tyler, TX 75702.

_____
Juan Enriquez